UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., <br><br> Plaintiffs, <br> v. <br> HEINSOHN CODY, <br><br> Defendant. | 1:08-cv-00590-LJO-SMS <br><br> ORDER DENYING PLAINTIFF'S REQUEST TO CORRECT NAME (DOC. 9) |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

   On April 29, 2008, Plaintiffs filed a complaint alleging copyright violations. The docket presently reflects service of the summons and complaint upon Defendant, but no response to the complaint has been filed.

   Pending before the Court is Plaintiff's "NOTICE OF ERRATA," filed on August 11, 2008, in which Plaintiffs request that the Court change the name of Defendant on all filed documents to reflect the true name of Defendant.

   Here, no response to the complaint has been filed by Defendant. Because no response has been filed, Plaintiffs may

1 proceed pursuant to Fed. R. Civ. P. 15(a) to file an amended
2 complaint as a matter of right. Local Rule 15-220 requires that
3 an amendment to a pleading be accomplished by a separate amended
4 complaint, retyped and filed so that it is complete in itself.
5     Accordingly, Plaintiff's request to correct the misnomer of
6 Defendant is denied without prejudice to Plaintiff's filing an
7 amended complaint that complies with all pertinent Federal Rules
8 of Civil Procedure and all Local Rules of the United States
9 District Court, Eastern District of California.
10 IT IS SO ORDERED.
11 **Dated:   August 13, 2008**          **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE

2