# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., <br><br> Plaintiffs, <br> v. <br> HEINSOHN CODY, <br><br> Defendant. | 1:08-cv-00590-LJO-SMS <br><br> ORDER VACATING ORDER DENYING PLAINTIFF'S REQUEST TO CORRECT NAME (DOC. 10) |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

    On August 14, 2008, the undersigned Magistrate Judge issued an order denying Plaintiff's request to correct misnomers. The order was issued as a result of clerical error.

    Accordingly, the order dated August 14, 2008, IS VACATED.

IT IS SO ORDERED.

**Dated:   August 15, 2008**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1