Dawniell Alise Zavala (SBN. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:  dawniell.zavala@hro.com

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; LAVA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAVA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; and BMG MUSIC, a New York general partnership,<br><br>                    Plaintiffs,<br><br>     v.<br><br>HEINSOHN CODY,<br><br>                    Defendant. | CASE NO. 1:08-CV-00590 LJO-SMS<br><br>**NOTICE OF ERRATA AND ORDER** |

COME NOW the Plaintiffs, SONY BMG MUSIC ENTERTAINMENT, *et al.*, and for their cause of action against Defendant Cody Heinsohn, state:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on April 29, 2008. Plaintiffs named "Heinsohn Cody" as Defendant. This is the name supplied to Plaintiffs by Defendant's Internet Service Provider.

2. Plaintiffs are informed and believe that Defendant's name is "Cody Heinsohn" and that Defendant has used the alias "Heinsohn Cody". Database research reveals that the Defendant's name is in actuality Cody Heinsohn

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Cody Heinsohn" and that the caption in this lawsuit be amended and changed to "Cody Heinsohn aka Heinsohn Cody".

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Dated:  August 11, 2008                                HOLME ROBERTS & OWEN LLP


                                                        By:  __/s/ Dawniell Alise Zavala_____
                                                              Dawniell Alise Zavala
                                                              Attorneys for Plaintiffs


## PROPOSED ORDER

ORDERS that Defendant's name in this lawsuit and its filings be corrected and changed to "Cody Heinsohn aka Heinsohn Cody" and

FURTHER ORDERS that the caption in this lawsuit be amended and changed to "Cody Heinsohn aka Heinsohn Cody".


Dated:  _August 14, 2008___                        By:  __/s/ Lawrence J. O'Neill___
                                                        Hon. Lawrence J. O'Neill
                                                        United States District Judge

Proof of Service
Case No.  1:08-cv-00590 LJO-SMS
#39269 v1