Dawniell Alise Zavala (SBN. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:    (415) 268-1999
Email:  dawniell.zavala@hro.com

Attorneys for Plaintiffs

SONY BMG MUSIC ENTERTAINMENT; LAVA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAVA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CODY HEINSOHN, aka HEINSOHN CODY,<br><br>Defendant. | CASE NO. 1:08-CV-00590 LJO-SMS<br><br>Honorable Lawrence J. O'Neill<br>Honorable Sandra M. Snyder<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING AS TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CODY HEINSOHN** |

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the hearing as to Plaintiffs' Motion for Entry of Default Judgment currently set for November 21, 2008, at 9:30 a.m., be continued to January 16, 2009.

Dated:  _____11/17/2008_____         By:   __/s/ SANDRA M. SNYDER_____
                                                 Honorable Sandra M. Snyder
                                                 United States Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On November 13, 2008, I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONTINUE HEARING AS TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT CODY HEINSOHN**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Cody Heinsohn aka Heinsohn Cody
> 511 N. Dudley, Apt. 1
> Visalia, CA 93291

☐   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 13, 2008 at San Francisco, California.

*/s/ Della Grant*
_____
Della Grant